**Order filed January 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00820-CV
_____

### JOHN S. WOODS, Appellant

### V.

### PLAINSCAPITAL BANK, Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2014-16866**

## O R D E R

Appellant's brief was due January 5, 2017**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 23, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM